IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

vs.                                  Case No.     3:07cr60/LAC
                                                                      3:08cv519/LAC/CJK

MARQUES D. GRIMES,
       Defendant.
_____

O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 28, 2011. (Doc. 106). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     The third amended motion to vacate, set aside, or correct sentence

pursuant to 28 U.S.C. § 2255 (doc. 92) is DENIED.

DONE AND ORDERED this 21st day of March, 2012.


s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**